Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. CV 09-1223 JAM DAD |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOEL MANDUJANO and MARIE IRENE MANDUJANO, individually and d/b/a HARRY'S LOUNGE; and HARRY FERRONI ENTERPISES, an unknown business entity d/b/a HARRY'S LOUNGE |
| vs. | |
| Joel Mandujano, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOEL MANDUJANO AND MARIE IRENE MANDUJANO, individually and d/b/a HARRY'S LOUNGE; and HARRY FERRONI ENTERPISES, an unknown business entity d/b/a HARRY'S LOUNGE, that the above-entitled action is hereby dismissed **without prejudice** against JOEL MANDUJANO AND MARIE IRENE MANDUJANO, individually and d/b/a HARRY'S LOUNGE; and HARRY FERRONI ENTERPRISES, an unknown business entity d/b/a HARRY'S LOUNGE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

STIPULATION OF DISMISSAL
CV 09-1223 JAM DAD
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 15, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 18, 2009          s/ Thomas P. Riley
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                J & J SPORTS PRODUCTIONS, INC.

Dated: August 18, 2009          s/ Anthony Vignolo
                                **DOWNEY BRAND**
                                By:  Anthony L. Vignolo
                                    Attorneys for Defendants
                                    JOEL MANDUJANO AND
                                    MARIE IRENE MANDUJANO, individually and
                                    d/b/a HARRY'S LOUNGE; and HARRY FERRONI
                                    ENTERPISES, an unknown business entity
                                    d/b/a HARRY'S LOUNGE

**IT IS SO ORDERED**:

/s/ John A. Mendez_____          Dated: August 20, 2009
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 18, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOEL MANDUJANO AND MARIE IRENE MANDUJANO, individually and d/b/a HARRY'S LOUNGE; and HARRY FERRONI ENTERPISES, an unknown business entity d/b/a HARRY'S LOUNGE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Anthony L. Vignolo, Esquire          Attorneys for Defendants
DOWNEY BRAND
3425 Brookside Road, Suite A
Stockton, CA 95219

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 18, 2009, at South Pasadena, California.

Dated: August 18, 2009                    s/ Inesa Mamidjanyan
                                          INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 09-1223 JAM DAD
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com